# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 13, 2019

### NO. 03-18-00799-CV

**Robert Lee Martin, Appellant**

**v.**

**Bob Perkins, Ronald Earle, Amalia Rodriguez-Mendoza,**
**Gary Cobb, Diana Medina, and Blake Williams, Appellees**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order signed by the trial court on November 15, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.